634

464 A.2d 545

Schumacher v. Schumacher, Appellant.

Argued June 16, 1983. Michael A. Tier, for appellant; Fred T. Cadmus, III, for appellees. Before CERCONE, P.J., McEWEN and HOFFMAN, JJ. Affirmed.

McEWEN, J. concurred in the result.